UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

     Plaintiff,

                                 Case No. 1:19-cv-1060

v.

                                 HON. JANET T. NEFF

UNKNOWN POVASTACK, et al.,

     Defendants.

_____/

## **<u>ORDER</u>**

     This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment Based on Failure to Exhaust and Motion to Dismiss Based on Eleventh Amendment Immunity (ECF No. 17).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 18, 2020, recommending that this Court grant the motion, and that Plaintiff's official-capacity claims be dismissed with prejudice and Plaintiff's individual-capacity claims against Defendants be dismissed without prejudice.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

     **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

     **IT IS FURTHER ORDERED** that the Motion for Summary Judgment Based on Failure to Exhaust and Motion to Dismiss Based on Eleventh Amendment Immunity (ECF No. 17) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  July 14, 2020                           /s/ Janet T. Neff
                                        JANET T. NEFF
                                        United States District Judge